AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Southern District of New York

HENRY FRANKLIN and KENDY CRAWFORD, on behalf of themselves, FLSA Collective Plaintiffs and the Class

*Plaintiff(s)*

v.

DUTCH EXPRESS LLC d/b/a Dutch Express, MARCUS HOED, ARIELLA AZOGUI, and AVIV SISO

*Defendant(s)*

Civil Action No. 19cv3329

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)* DUTCH EXPRESS LLC d/b/a Dutch Express
C/O SCHWARTZ SLADKUS REICH GREENBERG ATLAS LLP,
ATTN: MITCHELL J. FLACHNER, ESQ,
444 MADISON AVENUE, 6TH FLOOR,
NEW YORK, NEW YORK 10022

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

C.K. Lee, Esq.
Lee Litigation Group, PLLC
30 East 39th Street, Second Floor,
New York, New York 10016

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

CLERK OF COURT

Date: April 16, 2019

/S/ S. James
*Signature of Clerk or Deputy Clerk*